## CAROLINA MEDICAL PRODUCTS COMPANY v. SOUTHEASTERN HOSPITAL SUPPLY CORP.

No. 479P86.

Case below: 82 N.C. App. 149.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 February 1987.

## CHISHOLM v. DIAMOND CONDOMINIUM CONSTR. CO.

No. 670P86.

Case below: 83 N.C. App. 14.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 3 February 1987.

## COBB v. COBB

No. 760P86.

Case below: 83 N.C. App. 540.

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 3 February 1987.

## COXE v. WYATT

No. 683P86.

Case below: 83 N.C. App. 131.

Petition by defendant (The March Development Corporation) for discretionary review pursuant to G.S. 7A-31 denied 3 February 1987.

## DRAUGHON v. DRAUGHON

No. 747P86.

Case below: 82 N.C. App. 738.

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 3 February 1987.